# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUIS CARTER, III                                     NO.   2023 CW 0569

VERSUS

ERIN JACKSON CARTER                          **SEPTEMBER 11, 2023**

---

In Re:    Erin Jackson Carter, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20200002912.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT NOT CONSIDERED.** This writ application filed by relator, Erin Jackson Carter, is untimely. Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal provides that the return date for an application for writs in civil cases shall not exceed 30 days from the date of notice of the judgment. The judgment complained of was signed on June 16, 2022 and notice of judgment was sent to relator that date. Relator timely filed a notice of intent to seek supervisory writs on July 15, 2022; however, relator failed to file her writ application within 30 days from notice of the judgment. Moreover, on August 11, 2022, relator filed a motion to withdraw the supervisory writ or appeal, which the trial court granted on August 15, 2022.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_a.Srv_

DEPUTY CLERK OF COURT
FOR THE COURT